Argued and submitted February 28, conviction for interfering with a peace officer reversed, and remanded for resentencing on conviction for failure to carry or present a license; otherwise affirmed June 22, 2005

STATE OF OREGON,
*Respondent,*

*v.*

BUFF NERETIN,
*Appellant.*

0203-42851; A118667

114 P3d 539

Anne Fujita Munsey, Deputy Public Defender, argued the cause for appellant. With her on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Douglas F. Zier, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Deits, Judge pro tempore.

PER CURIAM

Conviction for interfering with a peace officer reversed, *State v. Illig-Renn*, 196 Or App 765, 103 P3d 1178 (2004), and remanded for resentencing on conviction for failure to carry or present a license; otherwise affirmed.